An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES HENRY GREEN,
Appellant,
vs.
THE STATE OF NEVADA IN
RELATION TO THE NEVADA
DEPARTMENT OF CORRECTIONS;
RENEE BAKER; JAMES COX; RONALD
BRYANT; DEBRA BROOKS; CCSII
IRVIN; E.K. MCDANIEL, WARDEN; C/A
OXBORROW; CCSII WILLIS; AND
APRIL WITTER,
Respondents.

No. 62125

**FILED**

MAR 2 6 2013

TRAGIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court order denying a motion to exceed the copy limit and to compel service. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. See NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); see also Taylor Constr. Co. v. Hilton Hotels, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). As we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

13-08939

cc: Seventh Judicial District Court Dept. 2
James Henry Green
Attorney General/Carson City
White Pine County Clerk